# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

RICHARD FOSTER, ADC #168964                                                          PLAINTIFF

V.                                    NO: 4:17CV00829 JLH

TIM RYALS, *et al.*                                                                  DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

Dated this 23rd day of April, 2019.

                                                                                  _____
                                                                                  J. LEON HOLMES
                                                                                  UNITED STATES DISTRICT JUDGE